**Ajay GUPTA, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–72025.

Agency No. A77–424–744.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2004.*

Decided Sept. 23, 2004.

Inna Lipkin, Fremont, CA, for Petitioner.

Regional Counsel, Laguna Niguel, CA, Julia K. Doig, Jonathan F. Cohn, Washington, DC, for Respondent.

Before PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM**

Ajay Gupta, a native and citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") dismissal of his appeal from an immigration judge's ("IJ") order denying his application for asylum and withholding of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252(b). We review for substantial evidence the BIA's determination that Gupta failed to demonstrate he either suffered past persecution or had a well-founded fear of persecution on account of his political opinion or any other protected ground. *See Ochave v. INS,* 254 F.3d 859, 861–62, 866–67 (9th Cir.2001). We deny the petition.

Whether or not Gupta could demonstrate past persecution, substantial evidence supports the BIA's determination that changed country conditions would allow Gupta to live unmolested in India. *See Gonzalez–Hernandez v. Ashcroft,* 336 F.3d 995, 998–99 (9th Cir.2003).

**PETITION FOR REVIEW DENIED.**

**Xin–Le LIN, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–72063.

Agency No. A77–775–241.

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Sept. 13, 2004.*

Decided Sept. 23, 2004.

David Z. Su, El Monte, CA, for Petitioner.

Regional Counsel, Laguna Niguel, CA, NVL-District Counsel, Las Vegas, NV, Ronald E. LeFevre, Chief Legal Officer, San Francisco, CA, David M. McConnell, John J. Andre, Washington, DC, for Respondent.

Before PREGERSON, T.G. NELSON and GRABER, Circuit Judges.

### MEMORANDUM**

Xin–Le Lin, a native and citizen of China, petitions for review of the Board of Immigration Appeals' ("BIA") decision summarily affirming the Immigration Judge's ("IJ") denial of his application for asylum and withholding of removal and for relief under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. 1252. We review for substantial evidence an adverse credibility determination, *Chebchoub v. INS,* 257 F.3d 1038, 1042 (9th Cir.2001), and we deny the petition.

Substantial evidence supports the IJ's adverse credibility finding because petitioner's testimony and evidence contained inconsistencies and implausibilities going to the heart of his asylum claim, including his reasons for leaving China 10 years after his wife was sterilized. *See id.* at 1043. Because petitioner failed to demonstrate that he was eligible for asylum, it

follows that he did not satisfy the more stringent standard for withholding of removal. *See Farah v. Ashcroft,* 348 F.3d 1153, 1156 (9th Cir.2003).

In addition, substantial evidence supports the denial of relief under CAT. *See id.* at 1157.

**PETITION DENIED.**

**Luis Gerardo OROZCO–MORALES,
Petitioner,**

v.

**John ASHCROFT, Attorney
General, Respondent.**

**No. 03–72212.
Agency No. A74–818–761.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2004.*

Decided Sept. 23, 2004.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).